UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY CALLAHAN (#453106) | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, WARDEN | NO. 14-180-JWD-RLB |

O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 14, 2017, to which an objection was filed:

**IT IS ORDERED** that the petitioner's application for habeas corpus relief be dismissed, with prejudice, as lacking merit.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability be denied.

Signed in Baton Rouge, Louisiana, on March 1, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA