UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY CALLAHAN (#453106)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 14-180-JWD-RLB

### RULING AND ORDER

Plaintiff's Motion to Proceed in Porma Pauperis (sic) on Petitioner's Motion for Issuance of Certificate of Appealability (Doc. 31) is DENIED. The Court earlier denied Plaintiff's application for certificate of appealability. (Docs 21 and 23.) On April 6, 2017, the Court denied as moot Plaintiff's motion for extension of time and motion to proceed in forma pauperis on appeal because of the Court's previous denial of his application for a certificate of appealability. (Doc. 28.) The Fifth Circuit Court of Appeals then dismissed Plaintiff's appeal because he failed to timely comply with certificate of appealability requirement and failed to pay the filing fee. (Doc. 30.) Thus, the current motion is denied and Mr. Callahan is instructed to file no further pleadings in this case without leave of Court because the case is dismissed.

Signed in Baton Rouge, Louisiana, on August 7, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA